# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 13. Streamlined Request for Extension of Time to File Brief

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 13**
Use Form 13 only if you are **not** registered for Appellate Electronic Filing.

Electronic filers must make the request by using the electronic document filing type "Streamlined Request to Extend Time to File Brief," which does not require any form.

**Instructions**
- Use Form 13 only to request more time to file a **BRIEF**. To request an extension of time to file *anything other than a brief,* use Form 14.
- You may request a new due date of up to 30 days from your current due date.
- Submit Form 13 on or before your brief's current due date. The clerk will mail you the new briefing schedule.
- Use Form 13 only for your **first** request for an extension of time to file **each** brief. To request any additional extension of time to file the brief or to request a first extension of more than 30 days pursuant to Cir. R. 31-2.2(b), use Form 14.

**9th Cir. Case Number(s)** | 23-55448

**Case Name** | Casey Muldoon, et al. v. Teamsters Local 572, et al.

**Name of each party requesting the extension:**

Casey Allan Muldoon; Daniel Jason Berger; Elias E. Kotsios; John Anthony Radine, Plaintiffs - Appellants

For which brief are you requesting an extension?

- ● Opening Brief
- ○ Answering Brief
- ○ Reply Brief
- ○ First Brief on Cross-Appeal
- ○ Second Brief on Cross-Appeal
- ○ Third Brief on Cross-Appeal
- ○ Cross-Appeal Reply Brief

What is your current due date? | July 17, 2023

What is your requested due date? | August 16, 2023

**Print Name** | Casey Allan Muldoon    Daniel Jason Berger    Elias E. Kotsios    John Anthony Radine

**Signature** | *[signatures]* | **Date** | 06/30/2023

*Mail this form on or before your brief's current due date to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 13                                    *Rev. 12/01/2018*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s):** 23-55448

**Case Name:** Casey Muldoon, et al. v. Teamsters Local 572, et al.

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the **Streamlined Request for Extension of Time to File Brief** and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature:** /s/ M. Miller    **Date:** 06/30/2023

| Name | Address | Date Served via USPS Certified Mail |
|---|---|---|
| Lisa W. Pau, Esq.<br>INT'L BHD OF TEAMSTERS<br>Legal Department | 25 Louisiana Avenue, N.W.<br>Washington, DC 20001 | 06/30/2023 |
| Julie Gutman Dickinson, Esq.<br>BUSH GOTTLIEB<br>A Law Corporation | 801 North Brand Boulevard, Suite 950<br>Glendale, California 91203-1260 | 06/30/2023 |
| Jason Wojciechowski, Esq.<br>BUSH GOTTLIEB<br>A Law Corporation | 801 North Brand Boulevard, Suite 950<br>Glendale, California 91203-1260 | 06/30/2023 |
| Sara Yufa, Esq.<br>BUSH GOTTLIEB<br>A Law Corporation | 801 North Brand Boulevard, Suite 950<br>Glendale, California 91203-1260 | 06/30/2023 |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*